UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CRYSTAL AYON, MOTHER OF M.R.A., A MINOR CHILD; *Plaintiff* § § § | |
| § | No. 1:21-CV-00209-RP |
| v. § § | |
| AUSTIN INDEPENDENT SCHOOL DISTRICT, ET AL.; *Defendants* § § § | |

# ORDER

Before the Court is Plaintiff Crystal Ayon's motion to compel, Dkt. 66. The District Court referred the motion to the undersigned for disposition. The Court set the motion for hearing, Dkt. 72, and after considering the parties' arguments at the hearing, along with their filings, and applicable authority, the Court, for the reasons stated on the record, will grant Ayon's motion in part.

The undersigned required the parties to confer prior to the hearing and to file a joint advisory indicating what matters in the motion remain to be resolved after their pre-hearing conference. Dkt. 72. That joint advisory stated that the parties had narrowed their dispute to five remaining categories of documents. Dkt. 75. As to those remaining disputes, the Court grants Ayon's motion to compel regarding the first four categories of document requests set out in the parties' joint advisory, *id.*, at ¶¶ 1-4; and denies Ayon's request to order AISD to confirm that they do not possess documents that they have already represented to counsel that they do not possess, *id.*, at ¶ 5.

1

Accordingly, the Court **GRANTS IN PART and DENIES IN PART** Ayon's motion, Dkt. 66, as set out in the preceding paragraph. The Court **ORDERS** Defendant AISD to produce documents responsive to the requests for production addressed in the joint advisory within 30 days of the date of this order.

SIGNED May 2, 2023.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE