UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **CRYSTAL AYON, MOTHER OF M.R.A., A MINOR CHILD;** *Plaintiff* § § § § | |
| | §   No. 1:21-CV-00209-RP |
| **v.** § § | |
| **AUSTIN INDEPENDENT SCHOOL DISTRICT, ET AL.;** *Defendants* § § § § | |

# ORDER

Before the Court is Plaintiff Crystal Ayon's Motion to Compel Depositions of Defendant AISD's Rule 30(b)(6) Corporate Representative and Experts, Dkt. 87. The District Judge referred the motion to the undersigned for disposition. The Court set the motion for hearing, and after considering the arguments of counsel at that hearing, along with the parties' filings, and the applicable law, the Court announced its ruling on the record. This Order memorializes that ruling.

The Court **GRANTS IN PART AND DENIES IN PART** Ayon's motion, Dkt. 87. In particular, the Court **GRANTS** the motion to compel AISD to provide corporate representatives to sit for Rule 30(b)(6) depositions. Based on Ayon's representaitons at the hearing, the Court **DENIES AS MOOT** the motion to the extent it seeks depositions of AISD's experts.

Accordingly, the Court **ORDERS** AISD to provide up to two corporate representatives to sit for depositions on the noticed topics on or before November 2, 2023. Ayon may then file a supplemental summary-judgment response, limited to 5

pages, on or before November 9, 2023. AISD may then file a supplemental summary-judgment reply, limited to 5 pages, on or before November 16, 2023.

SIGNED October 19, 2023.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE