IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CRYSTAL AYON, *mother of M.R.A.,* *a minor child*, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:21-CV-209-RP |
| CESAR MALDONADO, | § § § | |
| Defendant. | § § § | |

# FINAL JUDGMENT

Before the Court is the above entitled cause of action. On this day, the Court granted Plaintiff Crystal Ayon, mother of M.R.A., a minor child's ("Plaintiff") motion for a default judgment, (Dkt. 113), as to Defendant Cesar Maldonado ("Defendant"). Accordingly, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that judgment is awarded in favor of Plaintiff. Plaintiff shall recover the following sums against Defendant:

1. $3,000,000 in compensatory damages;

2. $92,000,000 in exemplary damages;

3. Costs of Court;

5. Post-judgment interest at a rate calculated pursuant to 28 U.S.C. § 1961.

All other relief requested is **DENIED**. This case is now **CLOSED.**

**SIGNED** on March 12, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE